**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Fred L Edwards　　　　　　　　　　　　　CHAPTER 13
　　　　　Etta Smith-Edwards
　　　　　　　　Debtor(s)　　　　　　　　　　　　BKY. NO. 23-11285 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

　　Kindly enter my appearance on behalf of Please refer to PNC MORTGAGE, A DIVISION OF PNC BANK, NATIONAL ASSOCIATION and index same on the master mailing list.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　/s/ Mark A. Cronin
　　　　　　　　　　　　　　　　　Mark Cronin
　　　　　　　　　　　　　　　　　11 May 2023, 15:02:02, EDT

　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　Philadelphia, PA 19106-1532
　　　　　　　　　　　　　　　(215) 627-1322

Document ID: 9d69f3840d95defd015e7c29cd10c5d703c41d5e08942d75b86c4a3234d7c44d