## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In re:**

| | | |
|---|---|---|
| **FRED L. EDWARDS, and** | : | **CHAPTER 13** |
| **ETTA SMITH-EDWARDS,** | : | |
| | : | |
| Debtors. | : | **BANKRUPTCY NO. 23-11285-amc** |

## ORDER

AND NOW, upon consideration of the Debtors' Application for an Extension of Time to File their Creditor Address Matrix, Schedules AB – J, Statement of Financial Affairs, Chapter 13 Statement of Current Monthly Income – B122C-1 form (and B122C-2 form if necessary), Summaries, Chapter 13 Plan, and any other bankruptcy documents due per the Order Requiring Documents entered on May 2, 2023, it is hereby **ORDERED** that the Debtors' Application for an Extension is **GRANTED**, and the time is extended from May 9/May 16, 2023, until May 30, 2023, in which the Debtors must complete and file the documents.

BY THE COURT:

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE

Dated: May 12, 2023