**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | **:** | **Chapter 13** |
| Fred L. Edwards | **:** | |
| Etta Smith-Edwards | **:** | |
| **Debtor** | **:** | **Bky. No.  23-11285-AMC** |

# O R D E R

AND NOW, upon consideration of the Debtor's Application for Further Extension of Time to File Required Documents ("the Application"), it is hereby **ORDERED** that:

1.  Subject to Paragraphs 3-4 below, the Application is **GRANTED** and the deadline for filing the statements, schedules and other documents required by the rules of court is **EXTENDED** to **June 13, 2023**.

2.  **NO FURTHER EXTENSIONS WILL BE GRANTED.  If the required schedules, statements and other documents are not timely filed, this case may be DISMISSED without further notice or hearing.**

3.  This extension of time is **CONDITIONED** on the **WAIVER** of the Debtor's right to object to a proof of claim on the ground that it was filed after the deadline set by Fed. R. Bankr. P. 3002(c), **PROVIDED** that the proof of claim is filed **on or before August 8, 2023**.

4.  Within three (3) business days of the docketing and service of the notice of meeting of creditors, **DEBTOR'S COUNSEL SHALL SERVE THIS ORDER** on all creditors and parties in interest and shall promptly thereafter file a certification of service.

**Date: May 31, 2023**

_____
**ASHELY M. CHAN**
**U.S. BANKRUPTCY JUDGE**