United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 23-11285-amc

Fred L. Edwards                                                                  Chapter 13

Etta Smith-Edwards

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                    Page 1 of 2

Date Rcvd: May 31, 2023                  Form ID: pdf900                          Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Fred L. Edwards, Etta Smith-Edwards, 8502 Lyons Place, Philadelphia, PA 19153-1912 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2023                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 31, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MARK A. CRONIN | on behalf of Creditor PNC MORTGAGE  A DIVISION OF PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| ROGER V. ASHODIAN | on behalf of Debtor Fred L. Edwards ecf@schollashodian.com |
| ROGER V. ASHODIAN | on behalf of Joint Debtor Etta Smith-Edwards ecf@schollashodian.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-2

Date Rcvd: May 31, 2023

TOTAL: 5

User: admin

Form ID: pdf900

Page 2 of 2

Total Noticed: 1

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| **IN RE:** | | : | Chapter 13 |
| Fred L. Edwards | | : | |
| Etta Smith-Edwards | **Debtor** | : | Bky. No.  23-11285-AMC |

# O R D E R

 **AND NOW,** upon consideration of the Debtor's Application for Further Extension of

Time to File Required Documents ("the Application"), it is hereby **ORDERED** that:

1. Subject to Paragraphs 3-4 below, the Application is **GRANTED** and the deadline for filing

   the statements, schedules and other documents required by the rules of court is

   **EXTENDED** to **June 13, 2023**.

2. **NO FURTHER EXTENSIONS WILL BE GRANTED.  If the required schedules,**

   **statements and other documents are not timely filed, this case may be DISMISSED**

   **without further notice or hearing.**

3. This extension of time is **CONDITIONED** on the **WAIVER** of the Debtor's right to object

   to a proof of claim on the ground that it was filed after the deadline set by Fed. R. Bankr. P.

   3002(c), **PROVIDED** that the proof of claim is filed **on or before August 8, 2023**.

4. Within three (3) business days of the docketing and service of the notice of meeting of

   creditors, **DEBTOR'S COUNSEL SHALL SERVE THIS ORDER** on all creditors and

   parties in interest and shall promptly thereafter file a certification of service.

**Date: May 31, 2023**
                 ——————————————————
               **ASHELY M. CHAN**
               **U.S. BANKRUPTCY JUDGE**