# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

          Chapter 13

          Bankruptcy No. 23-11285-AMC

FRED L. EDWARDS
ETTA SMITH-EDWARDS
8502 LYONS PLACE

PHILADELPHIA, PA 19153-

    Debtor

## **CERTIFICATE OF SERVICE**

    **AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    FRED L. EDWARDS
    ETTA SMITH-EDWARDS
    8502 LYONS PLACE

    PHILADELPHIA, PA 19153-

Counsel for debtor(s), by electronic notice only.

    ROGER V ASHODIAN, ESQ
    REGIONAL BANKRUPTCY CENTER
    101 WEST CHESTER PIKE, STE 1-A
    HAVERTOWN, PA 19083-

                                                  /S/ Kenneth E. West

Date: 8/24/2023                                            _____

                                                             Kenneth E. West, Esquire
                                                             Chapter 13 Standing Trustee