CARE FIRST
STE A .UPPER DARBY

FREDDIE EDWARD
8502 LYONS PL
PHILADELPHIA, PA 19153

| Employee Pay Stub | Check number: 7374 | Pay Period: 04/17/2023 - 04/23/2023 | Pay Date: 05/01/2023 |

**Employee**

FREDDIE EDWARDS, 8502 LYONS PL, PHILADELPHIA, PA 19153

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 40.00 | 13.00 | 520.00 | 520.00 |
| Overtime (x1.5) hourly | 30.00 | 19.50 | 585.00 | 585.00 |
|  | 70.00 |  | 1,105.00 | 1,105.00 |

| Taxes |  |  | Current | YTD Amount |
|---|---|---|---|---|
| Medicare Employee Addl Tax |  |  | 0.00 | 0.00 |
| PHILA LST |  |  | -42.88 | -42.88 |
| Federal Withholding |  |  | -131.00 | -131.00 |
| Social Security Employee |  |  | -68.51 | -68.51 |
| Medicare Employee |  |  | -16.02 | -16.02 |
| PA - Withholding |  |  | -33.92 | -33.92 |
| PA - Unemployment Employee |  |  | -0.77 | -0.77 |
|  |  |  | -293.10 | -293.10 |
| Net Pay |  |  | 811.90 | 811.90 |

CARE FIRST. STE A .UPPER DARBY, CARE FIRST HOME HEALTH INC          Powered by Intuit Payroll

CARE FIRST
STE A ,UPPER DARBY

FREDDIE EDWARD
8502 LYONS PL
PHILADELPHIA, PA 19153

| Employee Pay Stub | Check number: 7375 | | | Pay Period: 04/17/2023 - 04/23/2023 | Pay Date: 05/01/2023 |

**Employee**

FREDDIE EDWARDS, 8502 LYONS PL, PHILADELPHIA, PA 19153

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | | | | 520.00 |
| Overtime (x1.5) hourly | | | | 585.00 |
| | 0.00 | | | 1,105.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| PHILA LST | 0.00 | -42.88 |
| Federal Withholding | 0.00 | -131.00 |
| Social Security Employee | 0.00 | -68.51 |
| Medicare Employee | 0.00 | -16.02 |
| PA - Withholding | 0.00 | -33.92 |
| PA - Unemployment Employee | 0.00 | -0.77 |
| | 0.00 | -293.10 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| UNIFORM AND MAINTAINCE | 500.00 | 500.00 |

| Net Pay | 500.00 | 1,311.90 |

CARE FIRST, STE A ,UPPER DARBY, CARE FIRST HOME HEALTH INC          Powered by Intuit Payroll