# **NOTICE**

The 341 meeting will be conducted telephonically via one of the following conference lines:

877-462-5504     passcode 4150081

877-921-7817     passcode 2431902

877-513-1615     passcode 9738268

866-820-7072     passcode 6767567

Not all lines will be used on all days.

To determine if the meeting will be held or continued visit our website. Select the date of the first meeting from the matters calendar. Locate the debtor's meeting information on the calendar.

341 hearings are assigned to our staff attorney 7 days prior to the 341 date. If a case is assigned it will be heard.

If not assigned the case will not be heard and will be continued and/or subject to dismissal. A notice of continuance will be filed on the docket 4 business days prior to the scheduled meeting.

Questions:

Call         215-627-1377 ext 113

E-mail     341 ph13trustee.com

Website   www.ph13trustee.com

Notice updated 07/06/2023

Case 23-11285-amc    Doc 42    Filed 11/03/23    Entered 11/03/23 09:32:37    Desc Main
Document      Page 2 of 2