# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Fred L Edwards<br>        Etta Smith-Edwards<br>                    Debtor(s) | CHAPTER 13 |
| PNC Bank, N.A.,<br>                    Movant<br>        vs.<br>Fred L Edwards<br>Etta Smith-Edwards<br>                    Debtor(s) | NO. 23-11285 AMC |
| Kenneth E. West<br>                    Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Motion for Relief from Stay of PNC Bank, N.A., which was filed with the Court on or about January 19, 2024, Document No. 47.

Dated: March 27, 2024

Respectfully submitted,

/s/Denise Carlon
Denise Carlon, Esq.
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
Phone: (215)-627-1322
dcarlon@kmllawgroup.com