## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  : CHAPTER 13
Fred L. Edwards and
Etta Smith-Edwards  : BANKRUPTCY NO. 23-11285 AMC

      AMC Debtor (s)

### **P R A E C I P E**

Kindly relist the above captioned Chapter 13 Bankruptcy case for a hearing on confirmation of the debtor(s) chapter 13 plan on 09/17/2024 at 10:00 AM before the Hon. Ashely M. Chan

                        Respectfully submitted,

Date: July 16, 2024                /s/Jack K. Miller, Esquire for
                                            Kenneth E. West
                                            Chapter 13 Standing Trustee
                                            P.O. Box 40837
                                            Philadelphia, PA  19105