United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 23-11285-amc
Fred L. Edwards  Chapter 13
Etta Smith-Edwards
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 4
Date Rcvd: Jul 17, 2024 | Form ID: 152 | Total Noticed: 46

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Fred L. Edwards, Etta Smith-Edwards, 8502 Lyons Place, Philadelphia, PA 19153-1912 |
| 14789681 | | Ally Bank, c/o Regina Cohen, Esquire, Lavin Cedrone Graver Boyd and Disipio, 190 North Independence Mall West, 6th and Race Streets, Suite 500 Philadelphia, PA 19106-1554 |
| 14789684 | | Asset Care, Inc., P.O. Box 15379, Department 17, Wilmington, DE 19850-5379 |
| 14789685 | | Capital One Bank, c/o Stock & Grimes, LLP, 804 West Avenue, Lynn, MA 01904-6000 |
| 14789696 | | Internal Revenue Service, c/o Continental Service Group, 200 CrossKeys Office Park, PO Box 9, Fairport, NY 14450-0009 |
| 14789697 | | Interstate Credit & Collection, 21 West Fornance Street, Norristown, PA 19401-3300 |
| 14789698 | + | Joseph A. Hirsch, Esquire, Hirsch & Hirsch, One Belmont Avenue, 8th Floor, Suite 8001, Bala Cynwyd, PA 19004-1617 |
| 14781376 | + | PNC Mortgage, c/o Mark A. Cronin, Esq., KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14789707 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 14789714 | | Reedman Toll Dodge, 1700 Lincoln Highway, Langhorne, PA 19047 |
| 14789715 | | Trumark Financial, 1000 Northbrook Drive, Feasterville, PA 19053-8430 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 18 2024 00:23:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 18 2024 00:35:22 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, GREENVILLE, SC 29603-0587, UNITED STATES 29603-0587 |
| 14789682 | | Email/Text: kristin.villneauve@allianceoneinc.com | Jul 18 2024 00:22:00 | Alliance One, 4850 Street Road, Suite 300, Feasterville-Trevose, PA 19053-6643 |
| 14789680 | | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 18 2024 00:35:21 | Ally Bank, Attn: Ally Bankruptcy Department, c/o AIS Portfolio Services, LP, 4515 North Santa Fe Avenue, Department APS, Oklahoma City, OK 73118-7901 |
| 14789679 | | Email/Text: ally@ebn.phinsolutions.com | Jul 18 2024 00:22:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 14781090 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 18 2024 00:34:42 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14797500 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 18 2024 00:33:01 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14789683 | | Email/Text: BANKRUPTCY@ASSETACCEPTANCE.COM | Jul 18 2024 00:23:00 | Asset Acceptance, LLC, P.O. Box 2036, Warren, MI 48090-2036 |
| 14789686 | | Email/Text: megan.harper@phila.gov | | |

Case 23-11285-amc    Doc 68    Filed 07/19/24    Entered 07/20/24 00:34:27    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 17, 2024 | Form ID: 152 | Total Noticed: 46 |

| | | | | |
|---|---|---|---|---|
| 14822694 | | Email/Text: megan.harper@phila.gov | Jul 18 2024 00:23:00 | City of Philadelphia, Law Department - Tax Unit, Attention: Bankruptcy Group, Municipal Services Building, 5th Floor, 1401 JFK Boulevard, Philadelphia, PA 19102-1595 |
| 14807228 | | Email/Text: megan.harper@phila.gov | Jul 18 2024 00:23:00 | City of Philadelphia Law Department, Tax & Revenue unit, 1401 JFK Blvd, 5th floor., Phila., PA 19102 |
| 14789687 | + | Email/Text: megan.harper@phila.gov | Jul 18 2024 00:23:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14789688 | | Email/Text: commonwealth@ebn.phinsolutions.com | Jul 18 2024 00:23:00 | City of Philadelphia, Water Revenue Bureau, Municipal Services Building, 1401 JFK Boulevard 5th Floor, Philadelphia, PA 19102-1663 |
| 14789689 | | Email/Text: bankruptcy_notifications@ccsusa.com | Jul 18 2024 00:22:00 | Commonwealth Financial Systems, 120 North Keyser Avenue, Scranton, PA 18504-9701 |
| 14789690 | | Email/Text: EBN@edfinancial.com | Jul 18 2024 00:23:00 | Credit Collection Services, P.O. Box 9133, Needham Heights, MA 02494-9133 |
| 14789691 | | Email/Text: bknotice@ercbpo.com | Jul 18 2024 00:22:00 | Edfinancial Services, P.O.Box 36014, Knoxville, TN 37930-6014 |
| 14789692 | | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Jul 18 2024 00:23:00 | Enhanced Recovery Corporation, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 14789693 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 18 2024 00:22:00 | HSBC Taxpayer Financial Services, P.O. Box 17037, Baltimore, MD 21297-1037 |
| 14789699 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 18 2024 00:23:00 | Internal Revenue Service, 600 Arch Street, Philadelphia, PA 19106-1695 |
| 14779812 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 18 2024 01:56:45 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 14789700 | | Email/Text: bankruptcy@affglo.com | Jul 18 2024 00:36:18 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14789701 | | Email/Text: bankruptcydpt@mcmcg.com | Jul 18 2024 00:23:00 | Leading Edge Recovery Solutions, 5440 Cumberland Avenue, Suite 300, Chicago, IL 60656-1486 |
| 14789702 | | Email/Text: bankruptcydpt@mcmcg.com | Jul 18 2024 00:23:00 | Midland Funding, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 14789703 | | Email/Text: bankruptcydepartment@tsico.com | Jul 18 2024 00:23:00 | Midland Funding, LLC, P.O. Box 2011, Warren, MI 48090-2011 |
| 14789704 | | Email/Text: ngisupport@radiusgs.com | Jul 18 2024 00:23:00 | NCO Financial Systems, P.O. Box 4935, Trenton, NJ 08650-4935 |
| 14793948 | + | Email/Text: bankruptcygroup@peco-energy.com | Jul 18 2024 00:22:00 | Northland Group, Inc., P.O. Box 390846, Minneapolis, MN 55439-0846 |
| 14789706 | + | Email/Text: bankruptcygroup@peco-energy.com | Jul 18 2024 00:23:00 | PECO, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14789711 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 18 2024 00:23:00 | PECO Energy, Bankruptcy Unit, 2301 Market Street, S4-1, Philadelphia, PA 19103-1338 |
| 14789709 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 18 2024 00:22:00 | PNC Bank Retail Lending, P O BOX 94982, Cleveland, OH 44101-4982 |
| 14789710 | ^ | MEBN | Jul 18 2024 00:22:00 | PNC Bank, N.A., Bankruptcy Department, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14789712 | | Email/Text: amps@manleydeas.com | Jul 18 2024 00:08:15 | PNC Bank, N.A., c/o KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| | | | Jul 18 2024 00:22:00 | PNC Bank, National Association, c/o Manley Deas |

| Recip ID | Bypass | Notice | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | & Kochalski LLC, 1555 Lakeshore Drive, Columbus, OH 43204-3825 |
| 14781379 | ^ | MEBN | Jul 18 2024 00:08:15 | PNC MORTGAGE, C/O KML Law Group PC, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14779316 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 18 2024 00:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 14789713 | | Email/Text: bnc-quantum@quantum3group.com | Jul 18 2024 00:23:00 | Quantum 3 Group, LLC, Agent for Galaxy International Purchasin, P.O. Box 788, Kirkland, WA 98083-0788 |
| 14792010 | + | Email/Text: EBN@edfinancial.com | Jul 18 2024 00:22:00 | US Department of Education, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |

TOTAL: 35

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14822693 | | City of Philadelphia |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14789695 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Office of the Chief Counsel, 701 Market Street, Suite 2200, Philadelphia, PA 19106 |
| 14789694 | * | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14789705 | * | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 14789708 | *+ | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |

TOTAL: 1 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2024                    Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor PNC BANK  N.A. bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PNC MORTGAGE  A DIVISION OF PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Jul 17, 2024 | Form ID: 152 | Total Noticed: 46 |

| | |
|---|---|
| | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| ROGER V. ASHODIAN | on behalf of Debtor Fred L. Edwards ecf@schollashodian.com |
| ROGER V. ASHODIAN | on behalf of Joint Debtor Etta Smith-Edwards ecf@schollashodian.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Fred L. Edwards and Etta Smith−Edwards

    Debtor(s)

Case No: 23−11285−amc

Chapter: 13

_____

### NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 9/17/24 at 10:00 AM , in Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

66
Form 152