**Fill in this information to identify your case:**

Debtor 1: Fred L. Edwards

Debtor 2 (Spouse, if filing): Etta Smith-Edwards

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number (If known): 23-11285-amc

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules 12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☒ No
☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

✗ */s/ Fred L. Edwards*
Signature of Debtor 1

✗ */s/ Etta Smith-Edwards*
Signature of Debtor 2

Date 09/16/2024
Date 09/16/2024

Official Form 106Dec    Declaration About an Individual Debtor's Schedules