L.B.F. 3015-6A
UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| FRED L. EDWARDS, and | : | CHAPTER 13 |
| ETTA SMITH-EDWARDS, | : | |
| | : | |
| Debtors. | : | BANKRUPTCY NO. 23-11285-amc |

PRE-CONFIRMATION CERTIFICATION
OF COMPLIANCE WITH POST-PETITION OBLIGATIONS
IN ACCORDANCE WITH 11 U.S.C. §§1325(a)(8) and 1325(a)(9)

We, Fred L. Edwards and Etta Smith-Edwards, hereby certify in connection with the confirmation hearing in the above case:

1. We have paid all post-petition amounts that are required to be paid under any and all Domestic Support Obligations.

2. We have filed all applicable federal, state and local tax returns as required by 11 U.S.C. §1308.

3. If the confirmation hearing is postponed for any reason, and the information herein changes, we will provide an updated Certification to the Chapter 13 Trustee prior to any subsequent confirmation hearing.

*[to be executed by counsel for the Debtor(s) or the Debtor(s)]*

Date: _____          _____
                                                Roger V. Ashodian, Attorney for Debtor

Date: __09/16/2024__                           *Fred L. Edwards* (signature)
                                                _____
                                                Fred L. Edwards, Debtor

Date: __09/16/2024__                           *Etta Smith-Edwards* (signature)
                                                _____
                                                Etta Smith-Edwards, Debtor