*Form 167* (1/25)–doc 102 – 77

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|   Fred L. Edwards ) | Case No. 23–11285–amc |
| ) | |
| ) | |
|   Etta Smith–Edwards ) | Chapter: 13 |
| ) | |
|   Debtor(s). ) | |

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Motion for Relief from Stay re: 8502 Lyons Place, Philadelphia, PA, 19153.

on: 3/11/25

at: 11:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

Date: February 24, 2025

For The Court

Timothy B. McGrath
Clerk of Court