UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              : CHAPTER 13
**FRED L. EDWARDS**
**ETTA SMITH-EDWARDS**                    :
                                                            :  BANKRUPTCY NO. **23-11285 AMC**
        Debtor (s)

**P R A E C I P E**

Kindly re-list the above captioned Chapter 13 Bankruptcy case for a hearing on confirmation of the debtor(s) chapter 13 plan on 8/5/2025 At 10:00 AM. before the Hon. Ashely M. Chan.

                                            Respectfully submitted,

Date: May 13, 2025                  /s/Jack K. Miller, Esquire for
                                            Kenneth E. West, Esquire
                                            Chapter 13 Standing Trustee
                                            P.O. Box 40837
                                            Philadelphia, PA  19107