*Form 152* (1/25)–doc 112 – 110

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|    Fred L. Edwards | ) | Case No. 23–11285–amc |
| | ) | |
| | ) | |
|    Etta Smith–Edwards | ) | Chapter: 13 |
| | ) | |
|    Debtor(s). | ) | |

## NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

on 8/5/25 at 10:00 AM , in Courtroom #4, 900 Market Street, Philadelphia, PA 19107


Date: May 14, 2025

For The Court

Timothy B. McGrath
Clerk of Court