# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In re:**

| | | |
|---|---|---|
| **FRED L. EDWARDS, and** | : | **CHAPTER 13** |
| **ETTA SMITH-EDWARDS,** | : | |
| | : | |
| Debtors. | : | **BANKRUPTCY NO. 23-11285-amc** |

## ORDER

AND NOW, upon consideration of the Motion of Ally Bank for Relief from Automatic Stay with respect to the Debtors' vehicle, a 2018 Dodge Journey Utility 4D SE 2.4L I4 bearing vehicle identification number 3C4PDCAB1JT170201, and the Debtors' Response thereto, it is hereby **ORDERED** that the Motion is **DENIED** for lack of prosecution.

BY THE COURT:

Date: October 9, 2025

_____
HONORABLE ASHELY M. CHAN
CHIEF U.S. BANKRUPTCY JUDGE