United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Fred L. Edwards  
Etta Smith-Edwards  
   Debtors

Case No. 23-11285-amc  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Jan 20, 2026 | Form ID: pdf900 | Total Noticed: 50 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Fred L. Edwards, Etta Smith-Edwards, 8502 Lyons Place, Philadelphia, PA 19153-1912 |
| 14789681 | | Ally Bank, c/o Regina Cohen, Esquire, Lavin Cedrone Graver Boyd and Disipio, 190 North Independence Mall West, 6th and Race Streets, Suite 500 Philadelphia, PA 19106-1554 |
| 15021288 | + | Ally Bank, c/o Elizabeth A. Trachtman, Esq., Orlans Law Group PLLC, 200 Eagle Road, Bldg 2, Suite 120, Wayne, PA 19087-3115 |
| 14789684 | | Asset Care, Inc., P.O. Box 15379, Department 17, Wilmington, DE 19850-5379 |
| 14789685 | | Capital One Bank, c/o Stock & Grimes, LLP, 804 West Avenue, Lynn, MA 01904-6000 |
| 14789696 | | Internal Revenue Service, c/o Continental Service Group, 200 CrossKeys Office Park, PO Box 9, Fairport, NY 14450-0009 |
| 14789697 | | Interstate Credit & Collection, 21 West Fornance Street, Norristown, PA 19401-3300 |
| 14789698 | + | Joseph A. Hirsch, Esquire, Hirsch & Hirsch, One Belmont Avenue, 8th Floor, Suite 8001, Bala Cynwyd, PA 19004-1617 |
| 14789700 | | Leading Edge Recovery Solutions, 5440 Cumberland Avenue, Suite 300, Chicago, IL 60656-1486 |
| 14781376 | + | PNC Mortgage, c/o Mark A. Cronin, Esq., KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14789707 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 14789714 | | Reedman Toll Dodge, 1700 Lincoln Highway, Langhorne, PA 19047 |
| 14789715 | | Trumark Financial, 1000 Northbrook Drive, Feasterville, PA 19053-8430 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | | Jan 21 2026 04:31:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | Email/PDF: acg.acg.ebn@aisinfo.com | + | Jan 21 2026 04:36:33 | Ally Bank, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | Email/Text: megan.harper@phila.gov | | Jan 21 2026 04:31:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Tax Litigation & Collections Unit, Philadelphia, PA 19102-1595 |
| cr | Email/PDF: resurgentbknotifications@resurgent.com | + | Jan 21 2026 04:36:34 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, GREENVILLE, SC 29603-0587, UNITED STATES 29603-0587 |
| 14789682 | Email/Text: kristin.villneauve@allianceoneinc.com | | Jan 21 2026 04:30:00 | Alliance One, 4850 Street Road, Suite 300, Feasterville-Trevose, PA 19053-6643 |
| 14789680 | Email/PDF: acg.acg.ebn@aisinfo.com | | Jan 21 2026 04:36:34 | Ally Bank, Attn: Ally Bankruptcy Department, c/o AIS Portfolio Services, LP, 4515 North Santa Fe Avenue, Department APS, Oklahoma City, OK 73118-7901 |
| 14789679 | Email/Text: ally@ebn.phinsolutions.com | | | |

| ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jan 21 2026 04:30:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 14781090 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 21 2026 04:36:37 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14797500 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 21 2026 04:36:33 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14789683 | | Email/Text: BANKRUPTCY@ASSETACCEPTANCE.COM | Jan 21 2026 04:31:00 | Asset Acceptance, LLC, P.O. Box 2036, Warren, MI 48090-2036 |
| 14789686 | | Email/Text: megan.harper@phila.gov | Jan 21 2026 04:31:00 | City of Philadelphia, Law Department - Tax Unit, Attention: Bankruptcy Group, Municipal Services Building, 5th Floor, 1401 JFK Boulevard, Philadelphia, PA 19102-1595 |
| 14822694 | | Email/Text: megan.harper@phila.gov | Jan 21 2026 04:31:00 | City of Philadelphia Law Department, Tax & Revenue unit, 1401 JFK Blvd, 5th floor., Phila., PA 19102 |
| 14976393 | | Email/Text: megan.harper@phila.gov | Jan 21 2026 04:31:00 | City of Philadelphia Law Department, Tax Litigation and Collections Unit, 1401 John F. Kennedy Blvd., Suite 580, Philadelphia, PA 19102 |
| 14807228 | | Email/Text: megan.harper@phila.gov | Jan 21 2026 04:31:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14928283 | + | Email/Text: megan.harper@phila.gov | Jan 21 2026 04:31:00 | City of Philadelphia, Water Revenue Dept, C/O Pamela Elchert Thurmond 5th Floor, 1401 JFk Blvd. Municipal Services Bldg, Philadelphia, PA 19102-1606 |
| 14789687 | + | Email/Text: megan.harper@phila.gov | Jan 21 2026 04:31:00 | City of Philadelphia, Water Revenue Bureau, Municipal Services Building, 1401 JFK Boulevard 5th Floor, Philadelphia, PA 19102-1663 |
| 14789688 | | Email/Text: commonwealth@ebn.phinsolutions.com | Jan 21 2026 04:30:00 | Commonwealth Financial Systems, 120 North Keyser Avenue, Scranton, PA 18504-9701 |
| 14789689 | | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 21 2026 04:31:00 | Credit Collection Services, P.O. Box 9133, Needham Heights, MA 02494-9133 |
| 14789690 | | Email/Text: EBN@edfinancial.com | Jan 21 2026 04:30:00 | Edfinancial Services, P.O.Box 36014, Knoxville, TN 37930-6014 |
| 14789692 | | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Jan 21 2026 04:30:00 | HSBC Taxpayer Financial Services, P.O. Box 17037, Baltimore, MD 21297-1037 |
| 14789693 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 21 2026 04:31:00 | Internal Revenue Service, 600 Arch Street, Philadelphia, PA 19106-1695 |
| 14789699 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 21 2026 04:36:30 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 14779812 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 21 2026 04:36:30 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14789701 | | Email/Text: bankruptcydpt@mcmcg.com | Jan 21 2026 04:31:00 | Midland Funding, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 14789702 | | Email/Text: bankruptcydpt@mcmcg.com | Jan 21 2026 04:31:00 | Midland Funding, LLC, P.O. Box 2011, Warren, MI 48090-2011 |
| 14789703 | | Email/Text: bankruptcydepartment@tsico.com | Jan 21 2026 04:31:00 | NCO Financial Systems, P.O. Box 4935, Trenton, NJ 08650-4935 |
| 14789704 | | Email/Text: ngisupport@radiusgs.com | Jan 21 2026 04:31:00 | Northland Group, Inc., P.O. Box 390846, Minneapolis, MN 55439-0846 |
| 14793948 | + | Email/Text: bankruptcygroup@peco-energy.com | Jan 21 2026 04:31:00 | PECO, 2301 Market Street, 04 NW, Philadelphia, |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | PA 19103-1380 |
| 14789706 | + | Email/Text: bankruptcygroup@peco-energy.com | Jan 21 2026 04:31:00 | PECO Energy, Bankruptcy Unit, 2301 Market Street, S4-1, Philadelphia, PA 19103-1338 |
| 14789711 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 21 2026 04:30:00 | PNC Bank Retail Lending, P O BOX 94982, Cleveland, OH 44101-4982 |
| 14789709 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 21 2026 04:30:00 | PNC Bank, N.A., Bankruptcy Department, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14789710 | ^ | MEBN | Jan 21 2026 04:28:33 | PNC Bank, N.A., c/o KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14789712 | | Email/Text: amps@manleydeas.com | Jan 21 2026 04:30:00 | PNC Bank, National Association, c/o Manley Deas & Kochalski LLC, 1555 Lakeshore Drive, Columbus, OH 43204-3825 |
| 14781379 | ^ | MEBN | Jan 21 2026 04:28:33 | PNC MORTGAGE, C/O KML Law Group PC, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14779316 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 21 2026 04:31:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 14789713 | | Email/Text: bnc-quantum@quantum3group.com | Jan 21 2026 04:31:00 | Quantum 3 Group, LLC, Agent for Galaxy International Purchasin, P.O. Box 788, Kirkland, WA 98083-0788 |
| 14792010 | + | Email/Text: EBN@edfinancial.com | Jan 21 2026 04:30:00 | US Department of Education, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14822693 | | City of Philadelphia |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14789695 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Office of the Chief Counsel, 701 Market Street, Suite 2200, Philadelphia, PA 19106 |
| 14789694 | * | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14789705 | * | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 14789708 | *+ | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 14789691 | ## | Enhanced Recovery Corporation, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |

TOTAL: 1 Undeliverable, 6 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 22, 2026   Signature:   /s/Gustava Winters

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Jan 20, 2026 | Form ID: pdf900 | Total Noticed: 50 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor PNC BANK  N.A. bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PNC MORTGAGE  A DIVISION OF PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| ELIZA GARIFULLINA | on behalf of Creditor Ally Bank ANHSOrlans@InfoEx.com |
| Elizabeth Trachtman | on behalf of Creditor Ally Bank ANHSOrlans@InfoEx.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor PNC BANK  N.A. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| PAMELA ELCHERT THURMOND | on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov |
| ROGER V. ASHODIAN | on behalf of Debtor Fred L. Edwards ecf@schollashodian.com |
| ROGER V. ASHODIAN | on behalf of Joint Debtor Etta Smith-Edwards ecf@schollashodian.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 11

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    FRED L. EDWARDS<br>    ETTA SMITH-EDWARDS<br><br>                Debtors | Chapter 13<br><br>Bankruptcy No. 23-11285-AMC |

## ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: January 20, 2026**

_____
Honorable Chief Judge Ashely M. Chan
Bankruptcy Judge